## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Lori Jarek,<br><br>                Plaintiff,<br>v.<br><br>Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive,<br><br>                Defendant. | Civil Action No.: 1:10-cv-505-JL |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 12, 2010

Respectfully submitted,

By    /s/ James D. Kelly

James D. Kelly, Esq. (BNH 16177)
Getman, Schulthess & Steere
3 Executive Park Drive, Suite 9
Bedford, NH 03110
(603) 634-4300

**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ James D. Kelly

      James D. Kelly