UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Lori Jarek<br><br>      Plaintiff,<br>v.<br><br>Portfolio Recovery Associates, LLC.; and<br>DOES 1-10, inclusive,<br><br>      Defendant. | Civil Action No.:  1:10-cv-00505-JL |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 6, 2010

                Respectfully submitted,

                By    /s/ James D. Kelly

                James D. Kelly, Esq. (BNH 16177)
                Getman, Schulthess & Steere
                3 Executive Park Drive, Suite 9
                Bedford, NH 03110
                (603) 634-4300

                **Of Counsel to**
                Lemberg & Associates, LLC
                1100 Summer Street
                Stamford, CT 06905
                (203) 653-2250

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ James D. Kelly

      James D. Kelly