# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Lori Jarek<br><br>            Plaintiff,<br>    v.<br><br>Portfolio Recovery Associates, LLC.; and DOES 1-10, inclusive,<br><br>            Defendant. | Civil Action No.:   1:10-cv-00505-JL |

## ASSENTED MOTION TO EXTEND TIME TO FILE DOCKET MARKINGS PURSUANT TO FED. CIV.R. 41(a)

1. The parties are in the process of completing settlement, and are awaiting full execution of the settlement agreement.

2. Counsel for the Defendant is in the process of executing the settlement agreement and will forward the same to Plaintiff's counsel as soon as possible.

3. Plaintiff's counsel will file final docket markings as soon as they receive the fully executed settlement agreement, hopefully by December 17, 2010.

4. This extension is necessary in order for the parties to finalize settlement.

5. This extension of time will not result in the continuance of any hearing, conference, or trial.

6. A memorandum is not necessary in this matter because this is motion is for a request to extend time and it is done by agreement of the parties.

7. The parties through respective counsel respectfully request an extension to file docket markings pursuant to Fed Civ.R. 41(a)

Dated: December 7, 2010

                                        Respectfully submitted,

                                        By ____/s/ James D. Kelly_____

James D. Kelly, Esq. (BNH 16177)
Getman, Schulthess & Steere
3 Executive Park Drive, Suite 9
Bedford, NH 03110
(603) 634-4300

**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ James D. Kelly

James D. Kelly