# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Lori Jarek, | : |
| | : |
| | : Civil Action No.: 1:10-cv-505-JL |
| Plaintiff, | : |
| v. | : |
| | : |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Lori Jarek ("Plaintiff"), by Plaintiff's attorney, hereby voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 15, 2010

Respectfully submitted,

By ___/s/ James D. Kelly_____

James D. Kelly, Esq. (BNH 16177)
Getman, Schulthess & Steere
3 Executive Park Drive, Suite 9
Bedford, NH 03110
(603) 634-4300

**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By   /s/ James D. Kelly

                                              James D. Kelly